**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**


**Gerald Boulanger**


    **v.**                          Case No. 07-cv-301-PB


**United States of America**

**ORDER**

**Re:  Document No. 25, Motion for Certificate of**
**Appealability**

    **Ruling:**  The request for a certificate of appealability raises no new issues.  I carefully considered defendant's arguments and explained my conclusions at the conclusion of the hearing. Reasonable jurists would not disagree with my rulings.  The defendant has not made a substantial showing of the denial of a constitutional right.  The court reporter shall prepare a transcript of my oral ruling and the transcript shall be added to the docket.  Motion denied.


                          /s/ Paul Barbadoro
                          Paul Barbadoro
                          United States District Judge



Date:  October 1, 2008

cc:  Philip H. Utter, Esq.
     Aixa Maldonald-Quinones, Esq.